United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Ivy L. Burton<br>P.O. Box 502<br>Plains, GA 31780 | Chapter 13<br><br>Case No. 10-11551-AEC |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $561.36 in unclaimed funds of Alltel, creditor.

Last Known Address (Most recent listed left to right):

Alltel
1001 Technology Drive
Little Rock, AR 72223

Dated: 12/12/2014

/s/ A. Kristin Hurst

A. Kristin Hurst, Trustee